```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURE'S ENTERPRISES, INC.,

               Plaintiff,        08 Civ. 8549 (JGK)

   - against -           ORDER

PEARSON, ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

    The Court has received the Report and Recommendation of Magistrate Judge Katz dated January 11, 2010, recommending that a default judgment be entered against the defendants for statutory damages in the amount of $10,000 and attorney's fees and costs in the amount of $10,000. No objections have been filed. The Court has nevertheless reviewed the Report and Recommendation and finds that it is well founded and adopts it.

    The plaintiff is directed to submit a proposed judgment including the recommendation of the Report and Recommendation as to the amount of statutory damages and attorney's fees and costs together with a permanent injunction. The proposed judgment shall be submitted by **February 16, 2010**. Any objections shall be submitted by **February 23, 2010**.

SO ORDERED.

Dated:    New York, New York
           February 9, 2010

                                        John G. Koeltl
                                 United States District Judge